# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         **Case No: 6:13-cv-452-Orl-31DAB**

**LUCIA L. ALVARADO,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Judgment against Defendant Lucia L. Alvarado (Doc. No. 8), filed May 9, 2013.

On May 13, 2013, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED** in part**.** The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $3,126.23

plus interest of $4,881.70 for Claim No. 2010A46775, in the amount of $2,676.93 plus interest of $3,441.30 for Claim No. 2010A46786, and in the amount of $45.00 for costs.

      3.      After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 30, 2013.

 

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party